# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. GRIEB<br><br>and<br><br>TAMMY A. REYNOLDS,<br><br>            Plaintiffs,<br><br>      v.<br><br>JNP FOODS, LLC,<br><br>            Defendant. | CIVIL ACTION NO: 2:15-CV-01575-HB<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs Carol A. Grieb and Tammy A. Reynolds ("Plaintiffs") and Defendant JNP Foods, LLC ("Defendant"), stipulate and agree that the above-captioned matter be dismissed with prejudice with respect to all claims filed against Defendant, each party to bear their own costs and attorneys' fees.

Date:   October 3, 2016

                                        FOR PLAINTIFFS CAROL A. GRIEB
                                        AND TAMMY A. REYNOLDS

                                        */s/ John A. Gallagher*
                                        John A. Gallagher, Esq.
                                        GALLAGHER LAW GROUP, P.C.
                                        1055 Westlakes Drive, Suite 300
                                        Berwyn, PA 19312
                                        Telephone:  (610) 647-5027
                                        Facsimile:  (610) 647-5024
                                        jag@johnagallagher.com

FOR DEFENDANT JNP FOODS, LLC

*/s/ Gregory D. Hanscom*
Gregory D. Hanscom, Esq.
FISHER PHILLIPS LLP
150 N. Radnor Chester Road, Ste. C300
Radnor, PA 19087
Telephone: (610) 230-2150
Facsimile: (610) 230-2151
ghanscom@laborlawyers.com

Joel W. Rice, Esq. (*pro hac vice*)
James M. Hux, Jr., Esq. (*pro hac vice*)
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 346-4061
Facsimile:  (312) 346-3179
jrice@laborlawyers.com
jhux@laborlawyers.com